[Cite as *Hogya v. Hogya*, 2022-Ohio-2465.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

| | |
|---|---|
| PAIGE HOGYA, | **CASE NO. 2022-L-051** |
| Petitioner-Appellee, | |
| - vs - | Civil Appeal from the Court of Common Pleas, Domestic Relations Division |
| HOPE C. HOGYA, | |
| Respondent-Appellant. | Trial Court No. 2021 DV 000121 |

## M E M O R A N D U M
## O P I N I O N

Decided: July 18, 2022
Judgment: Appeal dismissed

*Paige Hogya*, pro se, 7673 Holly Drive, Mentor on the Lake, OH 44060 (Petitioner-Appellee).

*Hope C. Hogya*, pro se, PID# 517804, Lake County Adult Detention Facility, 104 East Erie Street, Painesville, OH 44077 (Respondent-Appellant).

CYNTHIA WESTCOTT RICE, J.

{¶1}    Appellant, Hope C. Hogya, filed a pro se appeal, but no entry was attached.

{¶2}    The trial court docket reveals that on June 28, 2021, appellee, Paige Hogya, petitioned the Lake County Court of Common Pleas, Domestic Relations Division, for a domestic violence civil protection order against her sister, appellant. The trial court issued an order of protection on July 8, 2021, effective for one year for appellee and her daughter. On July 13, 2021 and July 20, 2021, two motions to modify or terminate the protection order were filed. On October 13, 2021, the trial court denied the motions.

Appellant filed a motion for contempt of a domestic violence civil protection order. In an entry dated October 22, 2021, the trial court dismissed the motion for contempt.

{¶3} The docket confirms that since October 22, 2021, the trial court has issued no other entry. This appeal was filed on June 13, 2022. Pursuant to App.R. 3(D) and Loc.R. 3(C)(2), appellant is required to attach to the notice of appeal a copy of the entry being appealed, or the appeal may be dismissed. *Specialized Loan Servicing, L.L.C. v. Kovach*, 11th Dist. Geauga No. 2022-G-0002, 2022-Ohio-1014, ¶ 3. Here, appellant did not attach the entry being appealed to her notice of appeal, and the last entry issued by the trial court was on October 22, 2021. An appeal from that entry or any other former entry would be untimely pursuant to App.R. 4(A).

{¶4} Based on the foregoing, appellant's appeal is dismissed, sua sponte.

{¶5} Appeal dismissed.

MATT LYNCH, J.,

JOHN J. EKLUND, J.,

concur.

2

Case No. 2022-L-051